UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) INDICTMENT NO. 1:10-CR-135 |
| | ) |
| "ALEX" (True Name Unknown) | ) |
| | ) |

## ORDER OF DISMISSAL

Pursuant to Rule 48(a) of Federal Rules of Criminal Procedure, in the interest of justice, and by leave of Court endorsed hereon, the United States Attorney for the Southern District of Georgia, hereby dismisses without prejudice Indictment 1:10-CR-135 as to Defendant "Alex."

Bobby L. Christine
United States Attorney

Nancy C. Greenwood
Assistant United States Attorney
Georgia Bar. No. 309179
Post Office Box 2017
Augusta, Georgia 30903
(706) 724-0517

Leave of Court is granted for the filing of the foregoing dismissal.

This 5th day of March, 2018.

HON. J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA